IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHERYL THORESON,

    Plaintiff,

v.

WOODSIDE RANCH, LLC, d/b/a
WOODSIDE RANCH RESORT AND
CONFERENCE CENTER,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-19-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment in entered in favor of defendant Woodside Ranch, LLC, d/b/a Woodside Ranch Resort and Conference Center granting its motion for summary judgment and dismissing this case.

_____  
Peter Oppeneer, Clerk of Court

12/5/11  
Date